Schedule # 0870100008
Sheet 1 of *1*

| BUREAU OR OFFICE **U. S. Bankruptcy Court** | | PAID BY |
|---|---|---|
| LOCATION OF TRANSMITTING OFFICE **AZ - PHOENIX** | AGENCY STAT # **8608** | |
| APPROPRIATION SUMMARY | | |
| 2007-6047BK-B09AZXX | 995.67 | **P10746080 0123** |

| VOUCHER NUMBER | PAYEE, AND IF NECESSARY, ADDRESS, INVOICE NO. OR OTHER IDENTIFICATION | AMOUNT | D.O. CHECK NO. |
|---|---|---|---|
| 00008 | FEDERAL EXPRESS CORPORATION Att: William Seligstein 2005 Corporate Plaza 2nd Floor MEMPHIS   TN            38132 | 995.67 | |
| | Case # - 00-14105      Reimbursement of Unclaimed Funds | | |
| | ORDER DATED 10/30/2006 FOR PAYMENT OF UNCLAIMED FUNDS ON 2:00-14105-AMERICA WORLDWIDE INC. | | |
| | PAYMENT MAY BE EXPECTED WITHIN ONE WEEK FROM THE DATE OF THIS VOUCHER | | |

GRAND TOTAL      995.67

11/2/06
(Date)

(Authorized certifying officer)

Page 1